UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROTECTION ONE ALARM MONITORING, INC.,

                Plaintiff,

-against-

EXECUTIVE PROTECTION ONE SECURITY SERVICE, LLC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER ADOPTING
REPORT AND RECOMMENDATION
07-cv-1473 (DLI)(RML)

DORA L. IRIZARRY, U.S. District Judge:

       No objections have been filed to the Report and Recommendation of the Honorable Robert M. Levy, U.S.M.J., dated March 19, 2008, and, upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, plaintiff's motion for entry of default judgment is granted. It is hereby

       ORDERED that the defendant is permanently enjoined from further infringing use of plaintiff's "Protection One" trademark; it is further

       ORDERED that the defendant is permanently enjoined from using the domain name www.executiveprotection1.com and that the domain name be transferred to the plaintiff; it is further

       ORDERED, that the plaintiff is awarded $17,376.00 in attorneys' fees[1] and $1,990.15 in costs; and it is further

       ORDERED that service of a copy of this Order on defendants shall be made by the plaintiff within five (5) days of the date of this Order and proof thereof shall be filed with the court via ECF immediately thereafter. The Clerk of the Court is directed to close the file maintained in this case.

DATED:     Brooklyn, New York
             April 7, 2008

                                                        /s/
                                              DORA L. IRIZARRY
                                          United States District Judge

---

[1] This award includes $13,085 for Duval & Sachenfeld LLP and $4,291 for Lewis and Roca LLP.